**26 CV 0431**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 JAN 16  PM 2: 06

DONG JOO, YANG

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

-against-

TLC of NYC
Commissioners, David Do
Midori Valdivia

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __DONG-JOO YANG__, is a citizen of the State of
(Plaintiff's name)

__New Jersey__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __David Do__ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of the State of __New York__

and has its principal place of business in the State of __New York city__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__DONGJOO__                                   __YANG__
First Name        Middle Initial        Last Name

__9 Jonquil Ct.__
Street Address

__Paramus__                __NJ__             __07652__
County, City                State              Zip Code

__646-398-3644__            __dongjooyang8@gmail.com__
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: David
Last Name: Do
Current Job Title (or other identifying information): Commissioner
Current Work Address (or other address where defendant may be served): 33 Beaver St, NY, 10004
County, City:
State:
Zip Code:

Defendant 2:
First Name: Midori
Last Name: Valdivia
Current Job Title (or other identifying information): New Appointed Chairman of the Board of TLC by New Mayor Mamdani
Current Work Address (or other address where defendant may be served): 33 Beaver St, NY, 10004
County, City: Manhattan, NYC
State: NY
Zip Code: 10004

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 4: _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 33 Beaver St, New York, N.Y

Date(s) of occurrence: Sep. 08, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

David Do, chairman of Board of TLC revoked my TLC license on August 29, 2024 and didn't allow renew it on September 8, 2025.

① TLC said that I had 15 points of violation but the fact is "0" points because any camera ticket/liability is "0" point as an attached notice

② TLC charged $400 per any camera ticket/liability but the fact is $50 as the attached notice.

③ TLC said that I failed to apply renewal until expiration date, but the fact is that I completed all requirment before the allowed deadline, September 2, 2025 (180 days allowed after regular expiration date, March 2, 2025) Requirements: Drug Test, Drive Defense Course, TLC License Renewal course,

Abstract NJ Drive License were all completed before the allowed deadline September 2, 2025.

④ My Drive License was issued by NJ State.
(Renewed 10/15/25 – 8/22-2029)

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want my TLC license renewed.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: January 15, 2026
Plaintiff's Signature: Yang

First Name: DONG JOO
Middle Initial: 
Last Name: YANG

Street Address: 9 Songuil Ct.
County, City: Paramus
State: N.J
Zip Code: 07652

Telephone Number: 646-398-3644
Email Address: dongjooyang8@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

15 pts.


**Taxi & Limousine Commission**

SUMMONS • FOR CIVIL PENALTIES ONLY

## SUMMONS NUMBER: CD0156142

**ENFORCEMENT AGENCY:** Taxi & Limousine Commission Division: Prosecution

**Agency Address:** 31-00 47th Ave, 3rd Floor, Long Island City, 11101   **Phone Number:** 718-391-5584

**RESPONDENT:** YANG,DONG JOO,NMN   **TLC License No:** 5986521

**Mailing Address:** 9 JONQUIL CT
PARAMUS, NJ, 07652

**Cell Phone:**

**Date and Time Of Occurrence:** 8/29/2024 5:00 PM
**Place of Occurrence:** 33 Beaver St, New York, NY   **Borough of Occurrence:** Manhattan

You must respond to this Summons. You can have a remote hearing or choose another option. For other options on how to respond, see the back of this page

### HEARING DATE: 12/16/2024 AT: 8:30 AM
### HEARING LOCATION: Office of Administrative Trials & Hearings
### TELEPHONE REMOTE HEARING REQUEST: nyc.gov/oathphone

OATH hearings are generally held by phone or by submitting a written defense online (if eligible). To schedule a hearing by phone, submit the request form at nyc.gov/oathphone at least 3 business days before the hearing date. To submit your written defense online (if eligible), visit nyc.gov/oath. To request a hearing in-person at an OATH office, submit a request at least 3 business days before the hearing date to LiveHearings@oath.nyc.gov.

Refer to the Summons number above on all communications

Warning: If you do not respond the City of New York will decide the Summons against you and impose penalties. If you do not pay any imposed civil penalty, the City could deny an application for, suspend, terminate, or revoke any City license, permit or registration that you have. The City may also enter a judgment against you in court.

**Details of Violation(s)**
The NYC Taxi & Limousine Commission charges you with a violation of the TLC Rules (Title 35 of RCNY):
Issuance Date: 11/14/2024

| Rule # | Penalty | Description |
| --- | --- | --- |
| 80-27(a)(1)(ii) | Revocation | The Commission will revoke the TLC Driver License of any Driver who has within a 15-month period accumulated a total of 10 or more TLC Points or DMV Points or both combined, counting from the date of conviction. |

According to a review of your driving record from the Department of Motor Vehicles, and TLC business records, starting from 8/29/2024 and going back fifteen (15) months, you have a combined total of least 10 points on your DMV and TLC driver's licenses. This total includes credit for any accident prevention course and/or safe driving course.

| | Violation | Date | Points |
| --- | --- | --- | --- |
| TLC Violation | RL0060161 | 8/29/2024 | 3 |
| TLC Violation | RL0060565 | 5/20/2024 | 3 |
| TLC Violation | RL0059424 | 3/15/2024 | 3 |
| TLC Violation | RL0059425 | 3/15/2024 | 3 |
| TLC Violation | RL0057099 | 7/12/2023 | 3 |



**SUMMONS • FOR CIVIL PENALTIES ONLY**

**Taxi & Limousine Commission**

| TOTAL | | | 15 |
|---|---|---|---|

***You May Be Able to Reduce Your Points by Taking a Course***

TLC has checked to see if you have completed a Defensive Driving Course within fifteen months of your convictions.
If you completed a course, the Commission has already reduced your total number of points by up to three.
If you have not yet completed a course, you may do so prior to the adjudication of the Critical Driver summons and the Commission may deduct up to three points from your total.
Send proof of your completed course to: DMVabstract@tlc.nyc.gov

NYC Charter Section 1048 and the Rules of the City of New York authorize the NYC Office of Administrative Trials and Hearings (OATH) to hold hearings.

I, an employee of the agency named above, affirm under penalty of perjury that I inserted a true copy of this Summons into an envelope addressed to the named respondent at the last mailing address filed with the Commission and placed in an agency mail receptacle for mail room staff to pick up. It is the regular course of business for a member of the mail room to deposit agency mail in an official United States Postal Service receptacle within two business days of the date below.

**Name/ID:** Tsang, Sandy (TLC)   **Date:** 11/14/2024   **Rank/Title:** Prosecution Representative

CD0156142



*Exhibit C*

---

**OUTSTANDING BALANCES**
--Please Review the Listing of Items Below--

As of Monday, July 28, 2025, TLC records show that you still have not paid outstanding fines and/or fees that total the amount of **$4,100.00**. If you have already paid all the fines listed below, please provide a copy of the payment receipt(s) along with a copy of this notice to the Taxi and Limousine Commission at 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101.

| Summons# | License Type | License Number | Violation Issue Date | Amount Owed | Amount Paid | Open Amount |
|---|---|---|---|---|---|---|
| RL0060565 | HDR | 5986521 | 11/29/2023 | 400.00 | | 400.00 |
| RL0060161 | HDR | 5986521 | 11/01/2023 | 400.00 | | 400.00 |
| RL0059424 | HDR | 5986521 | 09/26/2023 | 400.00 | | 400.00 |
| RL0059425 | HDR | 5986521 | 09/26/2023 | 400.00 | | 400.00 |
| 10233026C | HDR | 5986521 | 03/06/2024 | 200.00 | | 200.00 |
| 10223895C | HDR | 5986521 | 12/04/2023 | 300.00 | | 300.00 |
| OJE140520 | HDR | 5697669 | 09/21/2021 | 2000.00 | | 2000.00 |

*(handwritten annotations at right: "no seller", "no settle", "no settle", "no settle", "no settle", "$150", "$2000")*

**You have a total balance of $4,100.00 which must be cleared in order to conduct any transaction with the TLC.**

---

### How to Make a Payment

**In Person:** Payment may be made at 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101 - using Credit Card or Money Order made payable to "NYC TLC".

**By Mail:** Mail your Money Order payment to: Taxi and Limousine Commission, 31-00 47th Avenue, 3rd Floor, Long Island City, NY 11101.

Make a Money Order payment payable to "NYC TLC". <u>Do not mail cash</u>. **NOTE:** Write the summons number(s) and corresponding license number on the front of your payment. Please make a separate payment for different license numbers. If you do not follow these directions your payment will not be accepted.

Exhibit D



**NEW YORK CITY** New York City Department of Finance
School Zone Camera Unit
PO Box 3641
Church Street Station New York, NY 10008-3641


**NYC Finance**

## NOTICE OF LIABILITY

View your images online at www.ViolationInfo.com
NOTICE #: 4600000304
PIN: 7035

THE CITY OF NEW YORK
VS
FIRSTNAME M LASTNAME17
100 STREET ADDRESS
CITYNAME, NY 12345-6789

PLEASE TAKE NOTE: Because the driver of the photographed vehicle, has been observed speeding in a school speed zone (in violation of the New York Vehicle and Traffic Law 1180-b), you are liable to pay a fine for the amount shown. This amount is due within 30 days of the date of this Notice of Liability (NOL).

The vehicle was traveling at a speed of more than ten miles per hour above the posted speed limit in effect within the school speed zone.

One or more photographs evidencing the plate and violation are shown. Please see the reverse for further instructions.

There are no points associated with this Notice.

ISSUE DATE: 01/08/2014   DUE DATE: 02/07/2014

| VIOLATION DATE | VIOLATION TIME | FINE AMOUNT |
|---|---|---|
| 01/07/2014 | 1:43:03PM | $50.00 |

| LOCATION | |
|---|---|
| NB WOODHAVEN BLVD @ 62ND RD | |
| SPEED | POSTED SPEED |
| 46 | 35 |

SAMPLE DIGITAL DATA BAR / YOUR DATA WILL VARY



Make your check or money order payable to the NYC Department of Finance

Detach and mail this coupon with your payment.

**DO NOT MAIL CASH**
Write on the front of your payment:
1) The 10 digit Notice Number.
2) Your Plate Number.
3) Your State of Registration.
4) Your Plate Type.

Insert this tear off coupon in the enclosed envelope.

NYC DEPARTMENT OF FINANCE
SCHOOL ZONE CAMERA UNIT
PO BOX 3641
CHURCH STREET STATION
NEW YORK, NEW YORK 10008-3641

| NAME | | | AMOUNT DUE |
|---|---|---|---|
| FIRSTNAME M LASTNAME17 | | | $50.00 |
| NOTICE NUMBER | VERSION | ISSUED | DUE DATE |
| 4600000304 | 1 | 01/08/2014 | 02/07/2014 |
| PLATE NUMBER | STATE | TYPE | |
| SPEED17 | NY | | |

Exhibit A

# NYC Taxi & Limousine Commission

MENU

## License Snapshot                                                                 Show More +

Information and status as of  Sep 08, 2025 05:24 PM

| | |
|---|---|
| **Name:** | Yang Dong, Joo, Nmn |
| **Type:** | TLC Driver License |
| **License Number:** | 5986521 |
| **License Status:** | ✓Failed To Renew |

**Last Drug Test Date:** 02/19/2025

**Drug Test Schedule:**
Year 1 - Must take between: 12/02/2022 and 03/02/2023
Year 2 - Must take between: 12/03/2023 and

## Settlement Information                                                          Show More +

**Number of Open Settlements:** 2

**Open Settlements**

| Amount | Issue Date | Settlement Number | |
|---|---|---|---|

## Summons Information                                                             Show More +

**Number of Open Summonses:** 13

**Open Summonses**

| Amount | Hearing Date | Summons Number | |
|---|---|---|---|

## Suspension Information                                                          Show More +

**Number of Open Suspensions:** 0

**Number of Suspensions Closed in the Last 30 Days:**   1

As of Sep 08, 2025 05:24 PM

---

*Handwritten notes:*

For 180 days (September 2, 2025) allowed to renew after regular expiration date, 3/2/2025

9/2/20[illegible]

All Requirement Met before virtual expiration date August 29 2025

1) Drug Tested (2025)
2) Drive Defensive Course Complete
3) Abstract NJ Drive License sent
4) TLC Renewal Course Completed